```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.N. et al,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

**CORRECTED SCHEDULING ORDER**

**24-cv-00854 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court previously issued an Order scheduling a telephonic conference for "Monday, March 12, 2024" at 2:00 p.m. As a clarification, the telephonic pre-motion conference is scheduled for **Tuesday, March 12, 2024 at 4:00 p.m.** At the scheduled time, the parties shall dial the Court's conference line at 646-453-4442, code 442 482 389#. At the conference, the Court will hear from the parties as to all of the issues and requests raised in Defendant's letter motion at ECF No. 9.

      **SO ORDERED.**

Dated: March 6, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge