```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.N. et al,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

**ORDER**

**24-cv-00854 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the March 12, 2024 pre-motion conference:

Plaintiffs shall produce relevant billing records and retainer agreements by **Thursday, April 4, 2024**. Billing records may be redacted for privilege only, and a privilege log shall be contemporaneously produced with the billing records on April 4, 2024.

The deadline for Defendant to file its answer is extended to **Wednesday, July 3, 2024**.

The parties are no longer required to submit a status letter on March 26, 2024. Instead, the parties shall provide a joint status letter providing an update on the status of this matter on **Friday, May 31, 2024.** The letter should state whether all relevant materials have been produced and shall advise the Court where Defendant is in the process of reviewing the materials.

The status conference previously scheduled for **May 6, 2024 is adjourned sine die**.

**SO ORDERED**

Dated: March 6, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge